| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **TrueCoin, LLC** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4074296** | | |
| 4. | Debtor's address | **Principal place of business**<br><br>**490 Post St., Ste. 500**<br>**PMB 2057**<br>**San Francisco, CA 94102**<br>Number, Street, City, State & ZIP Code<br><br>**San Francisco**<br>County | | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.truecoin.com** | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | | |

Debtor **TrueCoin, LLC**  
_____  
Name

Case number (*if known*) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5132__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  
  ☐ A plan is being filed with this petition.
  
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No  
■ Yes.

| Debtor | **TrueCoin, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor **See attached Annex A**   Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **TrueCoin, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 6, 2026**
MM / DD / YYYY

X **/s/ Michael Bland**
Signature of authorized representative of debtor

**Michael Bland**
Printed name

Title **Authorized Person**

**18. Signature of attorney**

X **/s/ William E. Chipman, Jr.**
Signature of attorney for debtor

Date **February 6, 2026**
MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 295-0191**    Email address **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

# ANNEX A

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Archblock LLC.

- Archblock LLC
- Archblock (Cayman)
- TrueCoin LLC
- TrueCoin II, LLC
- TrustToken, Inc.
- TrueTrading 1 GP LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Archblock LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-<br><br>(*Joint Administration Pending*) |

## DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the above-captioned debtor and its debtor affiliates, as debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**"), to the best of their knowledge, information, and belief, hereto state as follows:

1. A list of the equity interest holders of Debtor Archblock LLC and the nature of their equity interests are listed in the table attached as **Exhibit A**.

2. Each remaining Debtor is wholly owned by its respective parent entity that holds one hundred percent (100%) of such Debtor's equity interests. The remaining Debtors in these chapter 11 cases are listed with their respective parent entities, together with the nature of their equity interests, in the following table:

| DEBTOR | KIND/CLASS OF INTEREST (MEMBER INTEREST) | NAME OF INTEREST HOLDER & PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| Archblock (Cayman) | Common Stock | 100% owned by Archblock LLC |
| TrueCoin, LLC | Membership Interests | 100% owned by Archblock LLC |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, to the extent applicable, are as follows: (1) Archblock LLC (5978); (2) TrueCoin LLC (4296); (3) TrustToken, Inc. (6585); (4) TrueTrading 1 GP LLC (4483); (5) TrueCoin II, LLC (7229); and (6) Archblock (Cayman) (n/a). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: Archblock LLC, PMB1125, 447 Sutter St., Ste 405, San Francisco, CA 94108.

| DEBTOR | KIND/CLASS OF INTEREST (MEMBER INTEREST) | NAME OF INTEREST HOLDER & PERCENTAGE OF INTERESTS HELD |
|---|---|---|
| TrueCoin II, LLC | Membership Interests | 100% owned by Archblock LLC |
| TrustToken, Inc. | Common Stock | 100% owned by Archblock LLC |
| TrueTrading 1 GP LLC | Membership Interests | 100% owned by Archblock LLC |

# **EXHIBIT A**

**EXHIBIT A**

| DEBTOR | NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD / OUTSTANDING OWNERSHIP |
|---|---|---|---|
| Archblock LLC | Alex de Lorraine<br>[Address on File] | Membership Interests | 55.96%<br>8,766,450 units |
| Archblock LLC | William Wolf<br>[Address on File] | Membership Interests | 21.43%<br>3,357,250 units |
| Archblock LLC | Diana Bushard<br>[Address on File] | Membership Interests | 5.57%<br>872,885 units |
| Archblock LLC | TrustToken, Inc.<br>PMB 1125<br>447 Sutter St., Ste. 405<br>San Francisco, CA 94108 | Membership Interests | 5.75%<br>900,808 units |
| Archblock LLC | Archblock (Holding) AG<br>c/o Centralis Switzerland GmbH<br>Bahnhofstrasse 10<br>6300 Zug, Switzerland | Membership Interests | 3.69%<br>578,324 units |
| Archblock LLC | Chris Gold<br>[Address on File] | Membership Interests | 0.74%<br>116,053 units |
| Archblock LLC | Amanda Reichmann<br>[Address on File] | Membership Interests | 0.50%<br>77,714 units |
| Archblock LLC | Christina Corrigan<br>[Address on File] | Membership Interests | 0.27%<br>42,973 units |
| Archblock LLC | Adam Bandeali<br>[Address on File] | Membership Interests | 0.37%<br>58,192 units |
| Archblock LLC | Daniel Dalton<br>[Address on File] | Membership Interests | 0.34%<br>52,765 units |
| Archblock LLC | Alex Levine<br>[Address on File] | Membership Interests | 0.29%<br>45,323 units |
| Archblock LLC | Krzysztof Jelski<br>[Address on File] | Membership Interests | 0.38%<br>59,716 units |
| Archblock LLC | Hendra Tjahayadi<br>[Address on File] | Membership Interests | 0.24%<br>38,011 units |

| DEBTOR | NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD / OUTSTANDING OWNERSHIP |
|---|---|---|---|
| Archblock LLC | Michał Sieczkowski [Address on File] | Membership Interests | 0.38% 59,740 units |
| Archblock LLC | Conor Ferguson [Address on File] | Membership Interests | 0.13% 20,143 units |
| Archblock LLC | Jamie Smith [Address on File] | Membership Interests | 0.09% 13,429 units |
| Archblock LLC | Alvin Chow [Address on File] | Membership Interests | 0.21% 33,571 units |
| Archblock LLC | Jagoda Anusiewicz [Address on File] | Membership Interests | 0.39% 61,857 units |
| Archblock LLC | Monica Ventura [Address on File] | Membership Interests | 0.32% 49,737 units |
| Archblock LLC | Maciej Gołaszewski [Address on File] | Membership Interests | 0.26% 40,562 units |
| Archblock LLC | Luke Brown [Address on File] | Membership Interests | 0.21% 33,572 units |
| Archblock LLC | Ita Hodder [Address on File] | Membership Interests | 0.21% 33,572 units |
| Archblock LLC | Scott Ryan [Address on File] | Membership Interests | 0.21% 33,572 units |
| Archblock LLC | Artur Wojtysiak [Address on File] | Membership Interests | 0.19% 29,294 units |
| Archblock LLC | Joanna Charczuk [Address on File] | Membership Interests | 0.19% 29,294 units |
| Archblock LLC | Oleksii Pilkevych [Address on File] | Membership Interests | 0.21% 33,572 units |

| DEBTOR | NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD / OUTSTANDING OWNERSHIP |
|---|---|---|---|
| Archblock LLC | Kerry Fischer<br>[Address on File] | Membership Interests | 0.11%<br>16,743 units |
| Archblock LLC | Bartłomiej Tarczyñski<br>[Address on File] | Membership Interests | 0.14%<br>22,534 units |
| Archblock LLC | Nerice Andrada<br>[Address on File] | Membership Interests | 0.09%<br>13,484 units |
| Archblock LLC | Tom Shields<br>[Address on File] | Membership Interests | 0.08%<br>12,418 units |
| Archblock LLC | Al-Husein Madhany<br>[Address on File] | Membership Interests | 0.07%<br>11,683 units |
| Archblock LLC | Nikita Olizarenko<br>[Address on File] | Membership Interests | 0.10%<br>15,774 units |
| Archblock LLC | Xu Gao<br>[Address on File] | Membership Interests | 0.09%<br>14,507 units |
| Archblock LLC | Michał Ziętalak<br>[Address on File] | Membership Interests | 0.09%<br>14,421 units |
| Archblock LLC | William Morriss<br>[Address on File] | Membership Interests | 0.06%<br>9,574 units |
| Archblock LLC | Rebecca Everitt<br>[Address on File] | Membership Interests | 0.06%<br>9,232 units |
| Archblock LLC | Antoni Koszowski<br>[Address on File] | Membership Interests | 0.09%<br>13,429 units |
| Archblock LLC | Maciej Nadolski<br>[Address on File] | Membership Interests | 0.09%<br>13,429 units |
| Archblock LLC | Piotr Sadlik<br>[Address on File] | Membership Interests | 0.07%<br>11,267 units |

| DEBTOR | NAME AND ADDRESS OF INTEREST HOLDER | KIND/CLASS OF INTEREST | PERCENTAGE OF INTERESTS HELD / OUTSTANDING OWNERSHIP |
|---|---|---|---|
| Archblock LLC | Harold Hyatt [Address on File] | Membership Interests | 0.04% 6,714 units |
| Archblock LLC | Paulina Michorczyk [Address on File] | Membership Interests | 0.09% 13,429 units |
| Archblock LLC | Martyna Żaglewska [Address on File] | Membership Interests | 0.06% 9,014 units |
| Archblock LLC | Lily Wong [Address on File] | Membership Interests | 0.04% 5,942 units |
| Archblock LLC | Jing Zhao [Address on File] | Membership Interests | 0.03% 4,476 units |
| Archblock LLC | David Steinrueck [Address on File] | Membership Interests | 0.02% 3,916 units |
| Archblock LLC | Saran Chari [Address on File] | Membership Interests | 0.01% 2,090 units |
| Archblock LLC | Marc Pacaldo [Address on File] | Membership Interests | 0.01% 1,919 units |
| Archblock LLC | Eduardo Cheuk-Luo [Address on File] | Membership Interests | 0.01% 839 units |

**Fill in this information to identify the case:**

Debtor name __**Archblock LLC**__

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | Tax Liability | | | | $1,300,000.00 |
| 2 | **Sher Tremonte LLP** 90 Broad Street 23rd Floor New York, NY 10004 | Kimo Peluso KPeluso@shertremonte.com | Disputed Legal services | | | | $39,547.63 |
| 3 | **Brown Rudnick LLP** One Financial Center Boston, MA 02111 | Palley, Stephen D. SPalley@brownrudnick.com | Legal services | | | | $3,681.00 |
| 4 | **Reflexive LLC** 10291 Grand River Rd Ste F Brighton, MI 48116 | Peter Samoray psamoray@reliclawpllc.com | Legal services | | | | $3,300.00 |
| 5 | **Ashby & Geddes** 500 Delaware Avenue Wilmington, DE 19899 | | Legal services | | | | $1,771.00 |
| 6 | **Timely AS.** Hausmannsgate 16 0182 Oslo Norway | | Trade Vendor | | | | $7,862.40 |
| 7 | **Orrick, Herrington & Sutcliffe LLP** PO Box 848066 Los Angeles, CA 90084-8066 | Joseph Perkins jperkins@orrick.com | Disputed Legal services | | | | $89,670.53 |
| 8 | **heyData GmbH** Schützenstraße 5 Berlin, 10117 Germany | | Trade Vendor | | | | $8,272.80 |

Debtor Name    **Archblock LLC**          Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Daniel Jaiyong An** Address on File | Email on File | Unliquidated creditor in multiple disputes | | | | **Unknown** |
| 10 | **Celsius Network Limited** The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | | Stablecoin holder / Unliquidated creditor in a dispute | | | | **Unknown** |
| 11 | **Alameda Research LLC** c/o GKL Registered Agents of DE, Inc 3500 S Dupont Hwy Dover, DE 19901 | | Potential Creditor | | | | **$8,512,910.00** |
| 12 | **Oasis Pro, Inc.** 1 Thorndal Circle Darien, Connecticut 06982 | | Potential creditor in a threatened dispute | | | | **$250,000.00** |
| 13 | **Prime Trust LLC** 330 S Rampart Blvd, Ste 260 Las Vegas, NV 89145 | | Unliquidated creditor in a dispute | | | | **Unknown** |
| 14 | **Pizzeys Patent & Trademark Attorneys Pty Ltd.** Level 15 241 Adelaide Street Brisbane,  QLD 4000 Australia | | Legal services | | | | **Unknown** |
| 15 | **Bend Law Group** 2181 Greenwich Street San Francisco, CA 94123 | Doug Bend doug@bendlawgroup.com | Legal services | | | | **Unknown** |
| 16 | **Techteryx Ltd.** B101 Yaxinju Jinhui Xinyuan Huizhou City, Guagdong Province China | | Unliquidated creditor in multiple disputes | | | | **Unknown** |
| 17 | **First Digital Trust Ltd.** Room 4001; 40/F Tower 1, Lippo Centre Admiralty, Hong Kong | Vincent Chok v.chok@legacytrust.com.hk | Unliquidated creditor in a dispute | | | | **Unknown** |
| 18 | **State of Delaware, Secretary of State** Division of Corporations PO Box 898 Dover, DE 19901 | | State taxes | | | | **$179,012.90** |
| 19 | **State of Delaware, Secretary of State** Division of Corporations PO Box 898 Dover, DE 19901 | | State taxes | | | | **$860.00** |
| 20 | **Gadze Finance SEZC** 90 North Church St. George Town, Grand Cayman | mike@gadze.finance | Unliquidated unsecured loan | | | | **Unknown** |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 2

Debtor Name _____**Archblock (Cayman)**_____    Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Georgi Georgiev**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 22 | **Marc Thalen**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 23 | **Yi Chou**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 24 | **Tomoaki Sato**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 25 | **Ryan Yip (YIP CHUNG HONG)**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 26 | **Daryl Choong**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 27 | **Lee Tsun Ngai**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 28 | **Wei-Chieh Hsia**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 29 | **Tyler Kyle Loewen**<br>Address on File | Email on File | Unliquidated unsecured loan | | | | **Unknown** |
| 30 | **Mikko Matias Ohtamaa**<br>Address on File | Email on File | Stablecoin holder | | | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **TrueCoin, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Consolidated Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2026**    X    **/s/ Michael Bland**
Signature of individual signing on behalf of debtor

**Michael Bland**
Printed name

**Authorized Person**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

RESOLUTIONS
OF
THE GOVERNING BODY
OF
TRUECOIN
LLC

February 6, 2026

**WHEREAS,** TrueCoin LLC (the "Company") is a manager-managed Delaware limited liability company governed by a Board of Managers (the "Board") pursuant to Section 5.01 of its Operating Agreement;

**WHEREAS,** the undersigned, Alex de Lorraine, is the sole remaining manager of the Company (the "Manager") that is a member of the Board, one authorized Board seat being vacant, and therefore constitutes a quorum of the Board pursuant to Section 5.01 of the Company's Operating Agreement;

**WHEREAS**, the undersigned, Alex de Lorraine, as the sole remaining Board member, constituting the governing body of the Company (the "Governing Body") under its Operating Agreement, has reviewed and had the opportunity to ask questions about the materials presented by the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, including that the Company does not have sufficient capital to maintain operations and the impact of the foregoing on such Company's business;

**WHEREAS**, the Governing Body of the Company has had the opportunity to consult with the management and legal and financial advisors of the Company to fully consider options available considering that the Company does not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Body of the Company has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 11 of title 11 the United States Code (as amended, the "Bankruptcy Code");

**WHEREAS**, the Governing Body of the Company, pursuant to the General Corporation Law of the State of Delaware, and the applicable governing documents of the Company, hereby adopt the following resolutions by written consent (this "Consent");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the financial state of the Company and the advice of the Company's professionals and advisors, the Governing Body of the Company has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, members, and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (each a "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that Michael Bland, and any other officer or person designated and so authorized to act (each, an "Authorized Person") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company (a) to execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of each Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with each Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 11 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Wollmuth Maher & Deutsch LLP, and Chipman Brown Cicero & Cole, LLP as counsel to assist the Company in filing for relief under Chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 11 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ and retain such other professionals as may be determined to be necessary to assist the Company in carrying out its duties; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**FURTHER RESOLVED**, that electronic or photostatic copies of signatures to this Consent in lieu of a meeting of the Board shall be deemed to be originals and may be relied on to the same extent as the originals; and it is

**FURTHER RESOLVED**, that this Consent may be executed in any number of counterparts, each of which when so executed and delivered to such Company shall be deemed original, and such counterparts together shall constitute one and the same instrument.

*[Signature Pages to Follow]*

**IN WITNESS WHEREOF,** the undersigned, constituting the Sole Manager of the Company executed and delivered to the Company the written consent.

Alex de Lorraine
By _____
Title: Board of Managers